## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kirk Flakes, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   17 C 6957 |
| | ) | |
| Target Corporation, | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

    Motion hearing held on 11/202017.   Plaintiff's agreed motion for voluntary dismissal of Defendant, Target Store T-1488 [19] is granted.   Defendant Target Store T-1488 is voluntarily dismissed without prejudice and with leave to refile in one year.   Defendant Target Corporation has 28 days thereafter to file its answer and affirmative defenses.   Status hearing set for 12/18/2017 is stricken and re-set to 1/17/2018 at 9:00 AM.

                                                       ENTER:

*[signature: Rebecca R. Pallmeyer]*

Dated: November 20, 2017                      _____
                                                      REBECCA R. PALLMEYER
                                                      United States District Judge

(T:00:02)